No. 374. El Pueblo *v.* Saenz et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 6, 1911. Confirmada la sentencia apelada. Abogado de los apelantes: *Sr. Salvador Picornell.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 138. Puente et al. *v.* Foote, Juez de Distrito.—Solicitud para que se expida auto de *mandamus.* Moción de reconsideración. Resuelto en octubre 6, 1911. Denegada la moción. Abogado de los peticionarios: *Sr. N. B. K. Pettingill.*

---

No. 376. El Pueblo *v.* Padial.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 10, 1911. Abogado del apelante: *Sr. L. Figueroa Maestre.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 368. El Pueblo *v.* Pérez et al.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en octubre 10, 1911. Confirmada la sentencia apelada. Abogado de los apelantes: *Sr. Manuel Tous Soto.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 365. El Pueblo *v.* Santana.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en octubre 10, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Angel A. Vázquez.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 374. El Pueblo *v.* Serrano.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en octubre 10, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Francisco Cervoni.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*